UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Joan Paul ALCIVAR DE LA CRUZ,

                     Petitioner,

    - against -

WILLIAM P. JOYCE, in his official capacity as Deputy Field Office Director of New York, Immigration and Customs Enforcement, *et al.*,

                     Respondents.

No. 25 Civ. 5498 (JLR)

**STIPULATION AND ORDER OF TRANSFER OF VENUE**

---

    WHEREAS, petitioner Joan Paul Alcivar de la Cruz brought this habeas action under 28 U.S.C. § 2241 on July 2, 2025, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), and seeking an order from this Court requiring, among other things, that he be released from custody; and

    WHEREAS, the petitioner filed his habeas petition while he was present and in the custody of ICE in the District of New Jersey; and

    WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the District of New Jersey under 28 U.S.C. § 1631; therefore

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is transferred to the U.S. District Court for the District of New Jersey, and that the seven-day waiting period in Local Civil Rule 83.1 is waived.

<div style="display: flex;">

<div>
New York, New York  
July __10__, 2025

NEW YORK LEGAL ASSISTANCE  
GROUP  
*Attorneys for Petitioner*

_____  
Melissa Lim Chua, Esq.  
Sadie Casamenti, Esq.  
Kate Fetrow, Esq.  
Diana Rosen, Esq.  
100 Pearl Street, 19th Floor  
New York, NY 10004  
Tel.   (212) 613-5000
</div>

<div>
New York, New York  
July __10__, 2025

JAY CLAYTON  
United States Attorney for the  
Southern District of New York  
*Attorney for Respondents*

_____  
Rebecca S. Tinio  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Tel.   (212) 637-2774
</div>

</div>

SO ORDERED.

_____  
Hon. Jennifer L. Rochon  
United States District Judge